# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137993(75)

ANDREA L. HOLMAN, Personal Representative
of the Estate of LINDA CLIPPERT, Deceased,
          Plaintiff-Appellant,

v

MARK RASAK, D.O.,
          Defendant-Appellee.

_____

SC: 137993
COA: 279879
Oakland CC: 2005-068493-NH

On order of the Chief Justice, the motion by the Michigan State Medical Society for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.

.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2009

Clerk